**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| MARCO VERCH,<br><br>Plaintiff,<br><br>v.<br><br>PICK-RITE, INC.,<br><br>Defendant. | CASE NO.: 3:26-cv-06312<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**(INJUNCTIVE RELIEF DEMANDED)**<br>**JURY TRIAL DEMANDED** |

Plaintiff MARCO VERCH by and through his undersigned counsel, hereby brings this Complaint against Defendant PICK-RITE, INC. for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff MARCO VERCH ("Verch") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Verch's original copyrighted Work of authorship.

2. Marco Verch is a photographer based in Cologne, Germany, with a lifelong passion for digital photography. Since receiving his first digital camera, a Canon Ixus, in 1996, he has embraced photography as both a creative pursuit and a way to document the world around

him. Today, he primarily shoots with a full-frame Canon DSLR, while also utilizing the latest iPhone technology and DJI drones to capture unique perspectives and compelling imagery. Verch focuses on creating high-quality photographs that showcase the beauty of everyday life and extraordinary moments alike. His work spans a wide range of subjects, including travel destinations, sporting events, landscapes, food, flowers, automobiles, and aerial drone photography. In addition to editorial and creative photography, he has produced images for advertising, marketing, and fundraising campaigns. Verch\'s photography has reached audiences worldwide through collaborations and publications on leading digital media platforms such as Mashable and TechCrunch. His aerial photography has achieved exceptional visibility, with his drone images receiving more than 50 million views on Google Maps.

3. Defendant PICK-RITE, INC. (“Pick-Rite”) is a family-operated grocery store in Montesano, Washington, serving the local community since 1961. Owned and managed by Marc Galland and family, the store is known for providing quality groceries, fresh foods, and personalized hometown service while remaining an important part of the area\'s local economy. At all times relevant herein, Pick-Rite owned and operated the Facebook page located at the internet URL https://www.facebook.com/profile.php?id=100063507266374 (the “Pick-Rite Facebook Page”).

4. Verch alleges that Defendant copied Verch’s copyrighted Work from the internet in order to advertise, market and promote its business activities. Pick-Rite committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the Pick-Rite's business.

**JURISDICTION AND VENUE**

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.



**SRIPLAW, P.A.**
145 South Fairfax Avenue, Suite 200
PMB 17382949, Los Angeles, CA 90036
Matthew L. Rollin: 323.452.5600

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Washington.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Pick-Rite engaged in infringement in this district, Pick-Rite resides in this district, and Pick-Rite is subject to personal jurisdiction in this district.

**DEFENDANT**

9. Pick-Rite, Inc. is a Washington Corporation, with its principal place of business at 211 East Pioneer Ave, Montesano, Washington, 98563, and can be served by serving its Registered Agent, Marc Galland, at the same address.

**THE COPYRIGHTED WORK AT ISSUE**

10. In 2019, Zlatko Antic created the photograph entitled "Fresh-raw-healthy-Brussel-Sprouts-above-white-background.mpg," which is shown below and referred to herein as the "Work".



11. Verch is the owner of the work by Assignment.

12. Verch's Work is protected by copyright but is not otherwise proprietary, or trade secrets. The perspective, orientation, positioning, lighting, and other details of the Work are entirely original and creative. As such, the Work qualifies as subject matter protectable under the Copyright Act.

13. Verch registered the Work with the Register of Copyrights on October 9, 2020, and was assigned registration number VA 2-218-812. The Certificate of Registration is attached hereto as **Exhibit 1**.

14. Verch makes his work available via CCNull.de and a Creative Commons 2.0 License.

15. Verch published the Work on or about February 15, 2021, by displaying it on CCNull at the internet URL https://www.ccnull.de/foto/fresh-raw-healthy-brussel-sprouts-above-white-background/1013043. Attached hereto as **Exhibit 2** is a true and correct copy of the screenshot of the Work on CCNull.

16. Verch had prviosuly published this photograph on his Flickr page.

17. For a party to be allowed to use a Creative Commons 2.0 License ("CC 2.0"), it is conditioned upon the prospective licensee of the Work attributing the Work to the original owner/claimant of the Work.

18. In part, the CC 2.0 license states, "You must give appropriate credit, provide a link to the license and indicate if changes were made."[1]

[1] https://creativecommons.org/licenses/by/2.0/

19. Verch's display of the Work on CCNull also included CMI next to the Work in the form of Verch's name, the year when the Work was first created, and the link to the licensing terms.

20. At all relevant times Verch was the exclusive owner of the copyrighted Work.

**INFRINGEMENT BY PICK-RITE**

21. Pick-Rite has never been licensed to use the Work at issue in this action for any purpose.

22. On a date after the Work at issue in this action was created, but prior to the filing of this action, Pick-Rite copied the Work.

23. Within three years of filing this action, Verch learned of the unauthorized use of his Work on the Pick-Rite Facebook Page at the following URL: https://www.facebook.com/photo.php?fbid=864074412386126&set=pb.100063507266374.-2207520000&type=3.

24. Pick-Rite copied Verch's copyrighted Work without Verch's permission.

25. After Pick-Rite copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its grocery sales business.

26. Pick-Rite copied and distributed Verch's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

27. Verch's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

28. Pick-Rite committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 3**.

29. Verch never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

30. Verch notified Pick-Rite of the allegations set forth herein on June 24, 2026 and July 29, 2026. To date, the parties have failed to resolve this matter.

31. When Pick-Rite copied and displayed the Work, Pick-Rite failed to provide attribution as required by the CC 2.0 license.

32. Pick-Rite's failure to attribute is a violation of 17 U.S.C. § 1202(b) as removal of CMI.

33. Verch never gave Pick-Rite permission or authority to remove CMI from the Work.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

34. Verch incorporates the allegations of paragraphs 1 through 33 of this Complaint as if fully set forth herein.

35. Verch owns a valid copyright in the Work at issue in this case.

36. Verch registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

37. Pick-Rite copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Verch's authorization in violation of 17 U.S.C. § 501.

38. Pick-Rite performed the acts alleged in the course and scope of its business activities.

39. Defendant's acts were willful.

40. Verch has been damaged.

41. The harm caused to Verch has been irreparable.


145 SOUTH FAIRFAX AVENUE, SUITE 200
PMB 17382949, LOS ANGELES, CA 90036
MATTHEW L. ROLLIN: 323.452.5600

**COUNT II**
**VICARIOUS COPYRIGHT INFRINGEMENT**

42. Verch incorporates the allegations of paragraphs 1 through 33 of this Complaint as if fully set forth herein.

43. Upon information and belief, a third party committed copyright infringement when they copied, displayed, and made derivatives of the Work.

44. Pick-Rite has a direct financial interest in the infringing material because it derives profits from the Website displaying the infringed Work.

45. Despite having the ability to stop the infringed Work from being displayed on its Website, Pick-Rite allowed the materials to remain up for display.

46. To the extent that the actions described above were performed by the third-party alone, Pick-Rite is vicariously liable for the unauthorized copying, display, distribution, and creation of derivative works of the Work without Verch's authorization in violation of 17 U.S.C. § 501.

47. Verch has been damaged.

48. The harm caused to Verch has been irreparable.

**COUNT III**
**REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION**

49. Verch incorporates the allegations of paragraphs 1 through 33 of this Complaint as if fully set forth herein.

50. The Work at issue in this case requires attribution and contains CMI.

51. Pick-Rite knowingly and with the intent to enable or facilitate copyright infringement, displayed the Work on Pick-Rite's Website, without any of the attributions in violation of 17 U.S.C. § 1202(b).

52. Pick-Rite distributed the Work to the Website knowing that the CMI has been removed or altered without the authority of the copyright owner or the law.

53. Pick-Rite committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Verch's rights in the Work.

54. Pick-Rite caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Verch's rights in the Work.

55. Verch has been damaged.

56. The harm caused to Verch has been irreparable.

WHEREFORE, the Plaintiff MARCO VERCH prays for judgment against the Defendant PICK-RITE, INC. that:

a. Pick-Rite and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b. Pick-Rite be required to pay Verch his actual damages and Defendant's profits attributable to the infringement, or, at Verch's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c. Verch be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Verch be awarded pre- and post-judgment interest; and

e. Verch be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Verch hereby demands a trial by jury of all issues so triable.

DATED: October 28, 2026

Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
Washington Bar Number: 64741
Matthew.rollin@sriplaw.com

**SRIPLAW, P.A.**
145 South Fairfax Avenue, Suite 200
PMB 17382949, Los Angeles CA 90036
323.452.5600 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Marco Verch*